UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUAN IGARTUA,<br><br>        Plaintiff,<br><br>-against-<br><br>SOODAKS, INC. d/b/a/ Verdi,<br><br>        Defendant. | 24-CV-6568 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  Pursuant to the Court's **December 2, 2024** Order, ECF No. **6**, the parties were required to file a joint letter and proposed case management plan, the contents of which are described in that order, no later than **December 5, 2024**. To date, the parties have not done so. As a final courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **December 12, 2024**. Accordingly, the initial pretrial conference is ADJOURNED to **December 13, 2024** at 1:00 pm.

  **Failure to comply with the Court's deadline will result in the dismissal of this case for failure to prosecute.**

  SO ORDERED.

Dated: December 10, 2024
    New York, New York

                     _____
                      ARUN SUBRAMANIAN
                      United States District Judge